IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER M. NICHOLS,

    Plaintiff,

CIVIL ACTION NUMBER
3:-04cv-114-WBH

CATERPILLER, INC.,

    Defendant.

### ORDER

The parties having announced that the above case is settled, the Court hereby DIRECTS the Clerk to administratively close the case. The parties shall execute the settlement documents and file the dismissal no later than November 18, 2005. Should settlement negotiations fail, parties may move to reopen this case within the designated period set for filing of the dismissal documents[1].

It is so ORDERED, this 24 day of October, 2005.

Willis B. Hunt, Jr.
Judge, United States District Court

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. Parties need only file a motion to re-open the case before the deadline indicated. In addition, this order will not prejudice the rights of the parties to this litigation in any manner.